IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAYNARD CHARLES WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3066 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JEROAM JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 8, the Amended Complaint filed by the plaintiff, Maynard Charles White. In filing no. 8, the plaintiff has sued the defendant, Jeroam Jackson, in the defendant's individual and official capacities. The court has previously sent the plaintiff a summons and a USM-285 form to be completed for service of process on the defendant in his *official* capacity c/o the Douglas County Clerk, 1819 Farnam Street H08, Omaha, NE 68183.

THEREFORE, IT IS ORDERED:

1. That the Clerk of Court shall send the plaintiff a second summons and USM-285 form;

2. That the plaintiff shall complete the additional forms and return them to the court for service of process on the defendant in his *individual* capacity at an address, such as home or work, where the defendant can personally be found and will accept service of process himself or through a person authorized to receive a summons on his behalf;

3. That when the plaintiff returns the completed forms, the Clerk of Court shall sign each summons and forward it with a copy of the Amended Complaint[1] to the U.S. Marshal for service of process; the Marshal shall serve each summons and complaint without payment of costs or fees; and service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States District Judge

---

[1] The court will copy the Amended Complaint for the Marshal.